# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| CLARK VANOSDOLL, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:23-cv-17 |
| v. | * | |
| WARDEN, FCI JESUP, | * | |
| Respondent. | * | |

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 11. Petitioner Clark Vanosdoll ("Vanosdoll") did not file Objections to this Report and Recommendation. In fact, this Court's mailing was returned as undeliverable, with the notations: "Unable to Identify, Provide Correct Committed Name and Register Number" and "Return to Sender, Refused, Unable to Forward." Dkt. No. 12 at 1.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. Thus, the Court **GRANTS as unopposed** Respondent's Motion to Dismiss, **DISMISSES without prejudice** Vanosdoll's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus based on his failure to follow this Court's

Order, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Vanosdoll *in forma pauperis* status on appeal.

**SO ORDERED**, this _26_ day of _April_, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)